**E-filed 6/28/06**

1  BILL LOCKYER
   Attorney General of the State of California
2  JACOB APPELSMITH
   Senior Assistant Attorney General
3  FIEL D. TIGNO
   MIGUEL A. NERI
4  Supervising Deputy Attorneys General
   MARJORIE E. COX, State Bar No. 084536
5  Deputy Attorney General
     1515 Clay Street, Suite 2000
6    P.O. Box 70550
     Oakland, CA 94612-0550
7    Telephone:  (510) 622-2148
     Facsimile:  (510) 622-2121
8    Email:       Marjorie.Cox@doj.ca.gov

9  Attorneys for Defendant
   JERRY R. JOLLY, Director
10 California Department of Alcoholic Beverage Control

11              **IN THE UNITED STATES DISTRICT COURT**

12          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13                    **SAN JOSE DIVISION**

14

15 KNIGHTSBRIDGE WINE SHOPPE, LTD., et al.          Case No.:  5:06-CV-02890-JF

16                              Plaintiffs,         **STIPULATION AND
                                                    [PROPOSED ORDER]**
17               v.                                 **RE: CHANGE OF INDIVIDUAL
                                                    PLAINTIFF, EXTENSION OF**
18 JERRY R. JOLLY, in his capacity as Director      **TIME TO RESPOND TO FIRST**
   of  the California Department of Alcoholic Beverage  **AMENDED COMPLAINT**
19 Control,

20                              Defendant.

21

22      By and through their respective attorneys of record,  plaintiffs Knightsbridge Wine Shoppe,

23 Ltd., et al. and defendant Jerry R. Jolly, in his capacity as Director of the Department of Alcoholic

24 Beverage Control, hereby stipulate and agree as follows:

25      1. Pursuant to leave granted orally by the Court at the status conference held on June 9, 2006,

26 Steven M. Cohen (Cohen) is hereby added and Stephen Ravel (Ravel) is hereby removed as a

27 plaintiff in this action, effective as of the date of filing of the First Amended Complaint, and all

28 allegations made in the First Amended Complaint on behalf of Ravel, either singly or collectively

                                        1

1  with the other plaintiffs, shall be deemed as made by Cohen.

2      2.  The time within which defendant shall respond to the First Amended Complaint as thus

3  modified shall be extended by an additional two weeks, from the current due date of June 26, 2006

4  to July 10, 2006, or by such other and lesser time, if any, as the court may deem appropriate;

5      3.  The parties shall have until July 14, 2006 to carry out the requirements of Federal Rules of

6  Civil Procedure 26(a)(1) and 26(f).

7      GOOD CAUSE exists, as follows, for approval of the extensions of time sought pursuant to this

8  stipulation:

9      1.  As they informed the Court at the time, when the parties appeared at the status conference

10  held on June 9, 2006, they expected a decision to issue shortly in a related case then pending before

11  the District Court for the Central District of California that would provide a basis for resolution of

12  this case pursuant to stipulation.

13      2.  Due to the recent, unexpected dismissal of this related action, the parties have resumed

14  discussion of how this case might be promptly and efficiently resolved.

15      3.  The requested extensions will allow the parties to continue these discussions without

16  prejudicing their respective positions in the litigation.

17          Dated:  June 26, 2006            KIRLAND & ELLIS LLP

18

19                                          By: /s/  James Shannon

20                                          Kenneth W. Starr
                                            James F. Basile
21                                          James Shannon
                                            Tracy K. Genesen
22                                          Christopher W. Keegan
                                            Ryan M. Christian
23                                          KIRKLAND & ELLIS LLP

24                                          Attorneys for Plaintiffs

25

26

27

28

2

Stipulation & [Proposed] Order Re Change of Plaintiffs, etc.            Case No. 5:06-CV-02890-JF

1      Dated: June 26, 2006        BILL LOCKYER
Attorney General of the State of California

2                                    JACOB APPELSMITH
Senior Assistant Attorney General

3                                    FIEL D. TIGNO
MIGUEL A. NERI

4                                    Supervising Deputy Attorneys General

5

6                                  _/s/ Marjorie E. Cox_____
MARJORIE E. COX

7                                  Deputy Attorney General

8                                  Attorneys for Defendant

9

10

11      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13  DATED:  June _27_, 2006

14                                  HONORABLE JEREMY FOGEL
District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3