**E-filed 8/18/06**

BILL LOCKYER
Attorney General of the State of California
JACOB APPELSMITH
Senior Assistant Attorney General
FIEL D. TIGNO
MIGUEL A. NERI
Supervising Deputy Attorneys General
MARJORIE E. COX, State Bar No. 084536
Deputy Attorney General
  1515 Clay Street, Suite 2000
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone:  (510) 622-2148
  Facsimile:  (510) 622-2121
  Email:      Marjorie.Cox@doj.ca.gov

Attorneys for Defendant
JERRY R. JOLLY, Director
California Department of Alcoholic Beverage Control

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KNIGHTSBRIDGE WINE SHOPPE, LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY R. JOLLY, in his capacity as Director of the California Department of Alcoholic Beverage Control,<br><br>Defendant. | Case No.: 5:06-CV-02890-JF<br><br>**STIPULATION AND [PROPOSED ORDER] RE CONTINUANCE OF MOTION HEARING DATE**<br><br>Date: October 6, 2006<br>Time: 9:00 a.m.<br>Ctrm: 3<br>The Honorable Jeremy Fogel |

    By and through their respective attorneys of record, plaintiffs Knightsbridge Wine Shoppe, Ltd., et al. and defendant Jerry R. Jolly, in his capacity as Director of the Department of Alcoholic Beverage Control, hereby stipulate and agree as follows:

    1.    The motion hearing date for this case shall be continued from October 6, 2006 at 9:00 a.m. to October 20, 2006, at 9:00 a.m.; and

    2.    Motions and supporting papers, oppositions, and replies shall be served and filed not less than 35, 21, and 14 days, respectively, preceding this new hearing date (see Civil L. R. 7).

1  GOOD CAUSE exists, as follows, for approval of one or the other of the alternative scheduling
2  changes sought pursuant to this stipulation:
3  1.  The Court set this case for motion hearing on October 6, 2006 at 9:00 a.m. at the case
4  management conference held on July 14, 2006.
5  2.  The instant stipulation to reschedule the motion hearing date to October 20, 2006 is sought
6  in order to accommodate scheduling conflicts faced by plaintiff's lead litigation counsel in a manner
7  that will not prejudice defendant.
8  3. Approval of the proposed change to the current motion schedule will not unduly delay the
9  resolution of this action.

Dated:  August 15, 2006

Kenneth W. Starr
James F. Basile
James Shannon
Tracy K. Genesen
Christopher W. Keegan
Ryan M. Christian
KIRKLAND & ELLIS LLP


By: /s/ Tracy K. Genesen
 TRACY K. GENESEN

Attorneys for Plaintiffs

Dated: August 15, 2006

BILL LOCKYER
Attorney General of the State of California
JACOB APPELSMITH
Senior Assistant Attorney General
FIEL D. TIGNO
Supervising Deputy Attorneys General

By: /s/ Marjorie E. Cox
 MARJORIE E. COX
 Deputy Attorney General

Attorneys for Defendant

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: August  18, 2006

_____
HONORABLE JEREMY FOGEL

2