BILL LOCKYER  
Attorney General of the State of California  
JACOB APPELSMITH  
Senior Assistant Attorney General  
FIEL D. TIGNO  
MIGUEL A. NERI  
Supervising Deputy Attorneys General  
MARJORIE E. COX, State Bar No. 084536  
Deputy Attorney General  
  1515 Clay Street, Suite 2000  
  P.O. Box 70550  
  Oakland, CA 94612-0550  
  Telephone:  (510) 622-2148  
  Facsimile:   (510) 622-2121  
  Email:         Marjorie.Cox@doj.ca.gov  

Attorneys for Defendant  
JERRY R. JOLLY, Director  
California Department of Alcoholic Beverage Control  

**E-filed 3/26/07**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KNIGHTSBRIDGE WINE SHOPPE, LTD., et al.,<br><br>                Plaintiffs,<br><br>  v.<br><br>JERRY R. JOLLY, in his capacity as Director of the California Department of Alcoholic Beverage Control,<br><br>                Defendant. | Case No.: 5:06-CV-02890-JF<br><br>**STIPULATION AND [PROPOSED ORDER] RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:  March 30, 2007<br>Time:  10:30 a.m.<br>Ctrm:  3<br>The Honorable Jeremy Fogel |

    By and through their respective attorneys of record, plaintiffs Knightsbridge Wine Shoppe, Ltd., et al. and defendant David Goss, in his capacity as Acting Director of the Department of Alcoholic Beverage Control, hereby stipulate and agree that the Case Management Conference scheduled for March 30, 2007 shall be continued to the same time on Friday, May 4, 2007.

    GOOD CAUSE exists, as follows, for approval of the scheduling change sought pursuant to this stipulation:

    1.  The requested change is sought in order to accommodate a conflicting family commitment involving plaintiff's lead counsel.

1    3. Approval of the proposed change will not adversely affect the parties' respective
2 positions in this litigation or its progress..

3    Dated: March 16, 2007          Kenneth W. Starr
                                    James Shannon
4                                   Tracy K. Genesen
                                    Ryan M. Christian
5                                   KIRKLAND & ELLIS LLP

6
                                    By: /s/ Tracy K. Genesen
7                                       TRACY K. GENESEN

8                                   Attorneys for Plaintiffs

9    Dated: March 16, 2007          BILL LOCKYER
                                    Attorney General of the State of California
10                                  JACOB APPELSMITH
                                    Senior Assistant Attorney General
11                                  FIEL D. TIGNO
                                    Supervising Deputy Attorneys General
12
                                    By: /s/ Marjorie E. Cox
13                                      MARJORIE E. COX
                                        Deputy Attorney General
14
                                    Attorneys for Defendant
15
                    **[PROPOSED] ORDER**
16

17       **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

18

19 DATED: March 26, 2007

20
                                    _____
21                                  HONORABLE JEREMY FOGEL

---

2

Stipulation & [Proposed] Order Re Continuance of CMC                    Case No. 5:06-CV-02890-JF