| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>JACOB APPELSMITH<br>Senior Assistant Attorney General<br>FIEL D. TIGNO<br>MIGUEL A. NERI<br>Supervising Deputy Attorneys General<br>MARJORIE E. COX, State Bar No. 084536<br>Deputy Attorney General<br>  1515 Clay Street, Suite 2000<br>  P.O. Box 70550<br>  Oakland, CA 94612-0550<br>  Telephone:  (510) 622-2148<br>  Facsimile:  (510) 622-2121<br>  Email:        Marjorie.Cox@doj.ca.gov<br><br>Attorneys for Defendant<br>JERRY R. JOLLY, Director<br>California Department of Alcoholic Beverage Control | **E-filed 6/4/07** |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KNIGHTSBRIDGE WINE SHOPPE, LTD., et al.,<br><br>                              Plaintiffs,<br><br>           v.<br><br>JERRY R. JOLLY, in his capacity as Director of the California Department of Alcoholic Beverage Control,<br><br>                              Defendant. | Case No.: 5:06-CV-02890-JF<br><br>**STIPULATION AND [PROPOSED] ORDER] RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: June 8, 2007<br>Time: 10:30 a.m.<br>Ctrm: 3<br>The Honorable Jeremy Fogel |

   By and through their respective attorneys of record, plaintiffs Knightsbridge Wine Shoppe, Ltd., et al. and defendant Steve Hardy, in his capacity as the new Director of the California Department of Alcoholic Beverage Control, hereby stipulate and agree that the Case Management Conference scheduled for June 8, 2007 shall be continued to the same time on Friday, ~~June 22, 2007.~~ June 29, 2007 at 10:30 AM.

   GOOD CAUSE exists, as follows, for approval of the scheduling change sought pursuant to this stipulation:

//

1.  The requested change is sought in order to accommodate conflicting family commitments involving both plaintiffs' and defendant's lead counsel.

3.  Approval of the proposed change will not adversely affect the parties' respective positions in this litigation or its progress..

Dated:  May 30, 2007

Kenneth W. Starr
James Shannon
Tracy K. Genesen
Ryan M. Christian
KIRKLAND & ELLIS LLP

By: /s/ Tracy K. Genesen
      TRACY K. GENESEN

Attorneys for Plaintiffs

Dated:  May 30, 2007

EDMUND G. BROWN JR.
Attorney General of the State of California
JACOB APPELSMITH
Senior Assistant Attorney General
FIEL D. TIGNO
Supervising Deputy Attorneys General

By: /s/ Marjorie E. Cox
      MARJORIE E. COX
      Deputy Attorney General

Attorneys for Defendant

[**PROPOSED**] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED:  June 4 , 2007

_____
HONORABLE JEREMY FOGEL