**E-filed 12/14/07**

1  Kenneth W. Starr (S.B.N. 58382)
   James W. Shannon Jr. (S.B.N. 232039)
2  Tracy Kathryn Genesen (S.B.N. 159324)
   KIRKLAND & ELLIS LLP
3  555 California Street
   San Francisco, California  94104-1501
4  Telephone:   (415) 439-1400
   Facsimile:    (415) 439-1500
5
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | KNIGHTSBRIDGE WINE SHOPPE, LTD., ET AL., | Case No. 5:06-CV-02890-JF
13 |                                          | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT;**
   |         Plaintiff,                       | **NOTICE OF AUTHORIZATION TO EXTEND STAY OF PROCEEDINGS;**
14 |                                          | **AND [PROPOSED] ORDER** CONTINUING CMC
15 |         vs.                              |
   | JERRY R. JOLLY, IN HIS CAPACITY AS       | Date:       12/21/2007
16 | DIRECTOR OF THE CALIFORNIA               | Time:       10:30 a.m.
   | DEPARTMENT OF ALCOHOLIC                  | Courtroom:  3
17 | BEVERAGE CONTROL,                        | Judge:      Hon. Jeremy Fogel
18 |         Defendant.                       |

19

20

21

22

23

24

25

26

27

28

Joint Case Management Conference Statement                      Case No. 5:06-CV-02890-JF

1  This case arises out of the Supreme Court's decision in *Granholm v. Heald*, (2005) 544
2  U.S.460.  In *Granholm,* the Supreme Court held that certain state statutes prohibiting out-of-state
3  wineries from shipping directly to in-state consumers, but permitting in-state wineries to do so if
4  licensed, discriminated against interstate commerce in violation of the Commerce Clause of the
5  United States Constitution (U.S. Const., art. I, §6).   The question presented here is whether, in light
6  of the principles set forth in *Granholm*, the California statutory scheme regulating out-of-state wine
7  retailers violates the Commerce Clause.

8  Pursuant to Section III.1. of the Stipulation, Agreement, and Order entered on November 15,
9  2006 ("Stipulation"), proceedings in this action were stayed by the Court in order to allow the
10 Specialty Wine Retailers Association to pursue legislative action during the 2007-2008 session of
11 the California Legislature to amend the ABC Act to grant all retail licensees in other States the right
12 to sell and ship wine directly from their premises to adult California residents (hereafter referred to
13 as "permit legislation").  Section III.1. of the Stipulation further provides, in relevant part, that this
14 stay "shall remain in effect" until:

15 *"e. December 31, 2007; except that this date shall be extended as provided in Section II.3.c.*
16 *if, by no later than December 31, 2007, the Parties have jointly filed a notice with this*
17 *Court authorizing such extension."*

18 Section II.3. of the Stipulation, in turn provides that Section II.1., which sets forth
19 Defendant's agreement to "continue to exercise its prosecutorial discretion" not to take any
20 enforcement action under Cal. Bus. & Prof. Code Sections 23300, 23661, or 23661.2 against out-of-
21 state retail licensees for selling and shipping wine for personal use and not for resale directly to adult
22 California residents, "will remain in effect" until:

23 *"c. December 31, 2007; except that if ... the Specialty Wine Retailers Association ... has ...*
24 *engaged in good faith efforts to secure the enactment of [permit] legislation ... then this date shall be*
25 *extended until the last day on which legislation passed during the second year of the 2007-2008*
26 *biennial session [of the California Legislature] could become law under the [State] Constitution ...*
27 *or December 31, 2008...."*

28 Unfortunately, no such legislation will be enacted by December 31,2007.  However, in light

1  of Specialty Wine Retailer's on-going good faith efforts to secure "permit legislation," the parties

2  wish to invoke the "extension option" set forth in Section II .3.c.

3  Therefore, the Parties hereby authorize extension of the December 31, 2007 date set for

4  expiration of the stay of proceedings in this action pursuant to Section III.1.e. of the Stipulation to

5  December 31, 2008 and further stipulate and agree that the December 31, 2007 date set pursuant to

6  Section II.3.c. of the Stipulation for expiration of the agreement set forth in Section II.1. shall

7  likewise be extended to December 31, 2008, effective as of the date of entry of the proposed order

8  set forth below.

10  Dated: December 7, 2007                    Kenneth W. Starr
                                               James Shannon
11                                             Tracy K. Genesen
                                               KIRKLAND & ELLIS LLP
12

13
                                               By:  s/ Tracy Kathryn Genesen
14                                                  Tracy Kathryn Genesen

15                                             ATTORNEYS FOR PLAINTIFFS

16  Dated: December 7, 2007                    EDMUND G. BROWN JR.
                                               Attorney General of the State of California
17                                             JACOB APPELSMITH
                                               Senior Assistant Attorney General
18                                             FIEL D. TIGNO
                                               Supervising Deputy Attorney General
19

20
                                               By:  s/ Marjorie E. Cox
21                                                  Marjorie E. Cox
                                                    Deputy Attorney General
22
                                               ATTORNEYS FOR DEFENDANT
23

1  **[PROPOSED ORDER]**

2  The December 27, 2007 date for expiration of the stay of proceedings in this action set forth
3  in Section III.1.e. of the Stipulation, Agreement and Order entered in this action on November 15,
4  2006 is hereby extended to December 31, 2008.  Case Management Conference is continued to
5  January 9, 2009 at 10:30 AM.

6  DATE:    12/13/07                                                  HONORABLE JEREMY F. FOGEL
                                                                       United States District Court Judge