**E-Filed 1/5/08**

Kenneth W. Starr (S.B.N. 58382)
    kstarr@kirkland.com
Tracy Kathryn Genesen (S.B.N. 159324)
    tgenesen@kirkland.com
Rebecca M. Stamey-White (S.B.N. 257717)
    rstamey-white@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104-11501
Telephone:  (415) 439-1400
Facsimile:    (415) 439-1500

Attorneys for Plaintiffs
KNIGHTSBRIDGE WINE SHOPPE, LTD.;
CASCO COMMUNICATIONS dba
VIRGINIA WINE OF THE MONTH CLUB; and
STEVEN M. COHEN, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KNIGHTSBRIDGE WINE SHOPPE, LTD., ET AL., | CASE NO.  5:06-CV-02890-JF |
|---|---|
| Plaintiffs, | ORDER APPROVING **STIPULATION OF DISMISSAL** |
| vs. | |
| JERRY R. JOLLY, in his capacity as Director of the California Department of Alcoholic Beverage Control, | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 25(d), Defendant STEVE HARDY, in his official capacity as the Director of the California Department of Alcoholic Beverage Control (the "Department") and successor to Defendant JERRY R. JOLLY, the former director, and Plaintiffs KNIGHTSBRIDGE WINE SHOPPE, LTD., CASCO COMMUNICATIONS LLC dba VIRGINIA WINE OF THE MONTH CLUB, and STEVEN M. COHEN, by and through their respective counsel, hereby stipulate to the dismissal of this action without prejudice, each of the parties to bear their own fees and costs.  Plaintiffs are satisfied with the on-going enforcement priorities of the Department, as articulated in Section I. 5 of the Stipulation, Agreement and Order ("Stipulation") entered in this action on November 15, 2006

1  and for this reason see no need to proceed with the litigation at this time, and Defendant is
2  similarly of the opinion the litigation should not proceed for the reasons stated in Section I. 7 of
3  the Stipulation.
4      IT IS HEREBY SO STIPULATED.

Dated:  December 31, 2008    Kenneth W. Starr
                             Tracy K. Genesen
                             Rebecca M. Stamey-White
                             KIRKLAND & ELLIS LLP

                        By:  /s/  Tracy K. Genesen
                             Tracy Kathryn Genesen

                             Attorneys for Plaintiffs
                             KNIGHTSBRIDGE WINE SHOPPE, LTD.;
                             CASCO COMMUNICATIONS dba
                             VIRGINIA WINE OF THE MONTH CLUB; and
                             STEVEN M. COHEN, an individual

Dated:  December 31, 2008    EDMUND G. BROWN JR.,
                             Attorney General of the State of California
                             ALICIA M.B. FOWLER
                             Senior Assistant Attorney General
                             MIGUEL A. NERI
                             FIEL D. TIGNO
                             Supervising Deputy Attorneys General

                        By:  /s/  Marjorie E. Cox
                             MARJORIE E. COX
                             Deputy Attorney General

                             Attorneys for Defendant
                             DIRECTOR, CALIFORNIA DEPARTMENT
                             OF ALCOHOLIC BEVERAGE CONTROL

**Signature Attestation**

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated:  December 31, 2008    /s/  Marjorie E. Cox
                             MARJORIE E. COX
IT IS SO ORDERED.            Deputy Attorney General

1/5/09
                             _____
                             United States District Judge

2

Stipulation Of Dismissal                                    Case No.  5:06-CV-02890-JF